VIRGINIA M. PATRICK *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION

The named defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 663, is denied.

*John W. Sitarz,* in support of the petition.

*Jerome Sanchy,* in opposition.

Decided January 30, 1986

HOWARD W. RATEGAN *v.* VIRGINIA M. PATRICK ET AL.

The petition by the defendant J. William Burns for certification for appeal from the Appellate Court, 5 Conn. App. 663, is denied.

*John W. Sitarz,* in support of the petition.

*John Bagdasarian,* in opposition.

Decided January 30, 1986

JEANNE M. DELEHANTY ET AL., ADMINISTRATRICES
(ESTATE OF KATHLEEN ANDERSON) *v.* VIRGINIA
M. PATRICK ET AL.

The petition by the defendant J. William Burns for certification for appeal from the Appellate Court, 5 Conn. App. 663, is denied.

*John W. Sitarz,* in support of the petition.

*Kate W. Haakonsen,* in opposition.

Decided January 30, 1986